

# Case Assignment
# Standard Miscellaneous Assignment

Case number 3:20MC-47-CRS

Assigned : Senior Judge Charles R. Simpson III
Judge Code : 4411

Assigned on 8/10/2020 12:50:30 PM
Transaction ID: 39574

[Request New Judge]   [Return]